Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Rd.
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
mayers@hinshawlaw.com

Randy J. Aoyama (020096)
Michael R. Ayers (024318)
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tracey A. Robbins, | ) | No. CV-16-00391-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| Midland Funding, LLC; and Midland Credit Management, Inc., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff Tracey A. Robbins and Defendants Midland Funding, LLC and Midland Credit Management Inc., hereby give notice that this matter has been settled. The Parties request the Court to vacate all dates and deadlines. A Stipulation for Dismissal will be filed with the Court upon its execution, but no later than forty-five (45) days from this Notice.

    DATED this 23rd day of March, 2016.

                                      HINSHAW & CULBERTSON LLP

                                      /s/ Randy J. Aoyama
                                      Michael R. Ayers
                                      Randy J. Aoyama
                                      Michael R. Ayers
                                      Attorneys for Defendants

23449265v1 0984005

**CERTIFICATE OF SERVICE**

    I certify that on the 23rd day of March, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Floyd W. Bybee
BYBEE LAW CENTER, PLC
90 S. Kyrene Road, Suite 5
Chandler, AZ 85226-4687
Attorneys for Plaintiff

By  /s/ Tammy Rivera

23449265v1 0984005